

# OFFICE OF THE ATTORNEY GENERAL OF TEXAS

## AUSTIN

**GERALD C. MANN**
**ATTORNEY GENERAL**

May 25, 1939

Honorable T. P. Walker, Auditor
Department of Education
Austin, Texas

Dear Sir:

Opinion No. O-600
Re: Frequency with which the
elections may be held for
consolidation of school
districts.

We are in receipt of your letter of May 20, 1939,
wherein you request our opinion in response to the follow-
ing question:

"Wherein an election has been held and
it failed to consolidate a common school dis-
trict in one county with an independent school
district in another county, have the officials
the legal right to order another election with-
in thirty days thereafter?"

Article 2806, Revised Civil Statutes, reads, in
part, as follows:

"On the petition of twenty (20) or a
majority of the legally qualified voters of
each of several contiguous common school dis-
tricts, or contiguous independent school dis-
tricts, praying for the consolidation of such
districts for school purposes, the County
Judge shall issue an order for an election
to be held on the same day in each such dis-
trict. The County Judge shall give notice of
the date of such elections by publications of
the order in some newspaper published in the
county for twenty (20) days prior to the date
on which such elections are ordered, or by
posting a notice of such elections in each of



the districts, or by both such publication
and posted notices . . .

"Common school districts may in like man-
ner be consolidated with contiguous indepen-
dent school districts, and the district so
created shall be known by the name of the in-
dependent school district included therein,
and the management of the new district shall
be under the existing board of trustees of
the independent school district, and all the
rights and privileges granted to independent
districts by the laws of this State shall be
given to the consolidated independent dis-
trict created under the provisions of this
law; . . . . provided further that when it is
proposed to consolidate contiguous county line
districts the petitions and elections orders
prescribed in this Act shall be addressed to
and issued by the County Judge of the County
having jurisdiction over the principal school
of each district and the results of the elec-
tion shall be canvassed by the Commissioners'
Court of the said county."

We have no statute requiring that any particular
period of time shall intervene between any such elections.
Article 2806 provides for the issuance of elections orders.
upon the presentation of petitions signed by twenty or a
majority of the legally qualified voters of each of the in-
terested districts. When such petitions are properly pre-
sented, such elections may be called without reference to
the length of time that has passed since a previous similar
election.

Yours very truly

ATTORNEY GENERAL OF TEXAS

By (Signed) Glenn R. Lewis
Glenn R. Lewis
Assistant

GRL:FL
APPROVED:

(Signed) Gerald C. Mann
ATTORNEY GENERAL OF TEXAS

APPROVED
OPINION COMMITTEE
By REK
Chairman